IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 16-00036-09-CR-W-DGK |
| MELINDA SPAYD, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen (Doc. 246), to which no objection has been filed, the plea of guilty is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date:  March 12, 2018                        /s/ Greg Kays
                                                                                    GREG KAYS, CHIEF JUDGE
                                                                                     UNITED STATES DISTRICT COURT